### 15258. BYAS v. HAMMOND.

BROYLES, C. J. The plaintiff having failed to prove her case as laid, the court did not err in granting a nonsuit on motion of the defendant.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 15, 1924.

Action for damages; from Bibb superior court—Judge Malcolm D. Jones. November 19, 1923.

*J. D. Hughes,* for plaintiff.

*Roy W. Moore, P. O. Holliday,* for defendant.